**Anthony D. ANK, Appellant,**

v.

**Candy L. ANK, Respondent.**

**No. ED 103747**

Missouri Court of Appeals,
Eastern District,
**DIVISION FOUR.**

Filed: September 6, 2016

Andrew R. Tarry, Garardeau, Missouri, for Appellant

Gordon L. Glaus, Adam E. Gohn, Girardeau, Missouri, for Respondent

Before James M. Dowd, P.J., Kurt S. Odenwald, J., and Gary M. Gaertner, Jr., J.

### ORDER

PER CURIAM

Anthony D. Ank ("Father") appeals from that portion of the trial court's judgment granting Candy L. Ank's ("Mother")

motion modifying Father's visitation with his children from unsupervised · visitation to supervised visitation. Father contends that the trial court's judgment ordering supervised visitation erroneously applied the law and is against the weight of the evidence. Finding that no error of law appears and that the judgment is not against the weight of the evidence, we affirm.

An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).